UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 8, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> THOMAS JESSE GARCIA, ) </br> ) </br> Defendant. ) | Case No. CR.S-08-0392-EJG </br></br> ORDER FOR RELEASE OF </br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS JESSE GARCIA, Case No. CR.S-08-0392-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $150,000.00

        ___ Unsecured Appearance Bond

        _X_ Appearance Bond with Surety

        _X_ (Other) <u>Conditions as previously stated on the record.</u>

        ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>12/8/08</u> at 2:55 pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge