```
                                              FILED
                                          December 8, 2008
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                             CALIFORNIA
                                             DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THOMAS JESSE GARCIA, )<br>)<br>Defendant. ) | Case No. CR.S-08-0392-EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS JESSE GARCIA, Case No. CR.S-08-0392-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $150,000.00

    ___ Unsecured Appearance Bond

    _X_ Appearance Bond with Surety

    _X_ (Other) <u>Conditions as previously stated on the record.</u>

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/8/08 at 2:55 pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge