William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for: Thomas GARCIA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR-S 08-00392 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO MODIFY CONDITIONS OF RELEASE |
| v.  ) | |
| ) | |
| Thomas GARCIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      The defendant, Thomas Garcia, through his undersigned counsel, and the United States, through its undersigned counsel, agree and request the conditions of his release be modified so that he may participate in a program medical or psychiatric treatment as approved by his Pre-Trial Services Officer Taifa Gaskins.

      At the request of Pre-Trial Services Officer Taifa Gaskins, counsel requests that the Court modify the conditions of defendant, Thomas Garcia's release to include participation in a

1

program of medical or psychiatric treatment as approved by Pre-Trial Services, due to the fact that the defendant is under considerable stress partly due to his pending indictment

I, William E. Bonham, the filing party, have received authorization from AUSA Mike Beckwith to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the conditions of release for defendant, Thomas Garcia, should be modified to include his participation in an approved medical or psychiatric treatment program.

Dated: December 3, 2009

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              By:/s/ WILLIAM E. BONHAM for
                                              MIKE BECKWITH
                                              Assistant U.S. Attorney

Dated: December 3, 2009

                                              By:/s/ WILLIAM E. BONHAM for
                                              WILLIAM E. BONHAM
                                              Counsel for Defendant THOMAS GARCIA

## **ORDER**

IT IS SO ORDERED.  The conditions of release for defendant, Thomas Garcia, be modified to include participation in a program medical or psychiatric treatment as approved by his Pre-Trial Services officer.

Dated: December 4, 2009

                                              EDMUND F. BRENNAN
                                              U.S. MAGISTRATE JUDGE