William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for: Thomas GARCIA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR-S 08-00392 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE CHANGE OF PLEA |
| v. ) | |
| ) | |
| Thomas GARCIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The defendant, Thomas Garcia, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the Change of Plea hearing currently set for March 12, 2010 at 9:00 a.m. to be vacated and continued until March 19, 2010 at 9:00 a.m.

    A continuance is necessary to provide counsel with additional time for continued case preparation and for ongoing plea and sentencing negotiations.

1

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel for continued case preparation and ongoing plea and sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Mike Beckwith to sign and submit this stipulation and proposed order on his behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Change of Plea hearing for defendant, Thomas Garcia, should be continued until Friday, March 19, 2010 at 9:00 a.m. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: March 11, 2010

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              By:/s/  WILLIAM E. BONHAM for
                                              MIKE BECKWITH
                                              Assistant U.S. Attorney

Dated: March 11, 2010

                                              By:/s/ WILLIAM E. BONHAM for
                                              WILLIAM E. BONHAM
                                              Counsel for Defendant THOMAS GARCIA

**ORDER**

IT IS SO ORDERED THAT THE Change of Plea hearing for defendant, Thomas Garcia, currently set for March 12, 2010 at 9:00 a.m. should be vacated and continued to March 19, 2010 at 9:00 a.m.

I find that the continuance is necessary due to needs of counsel for continued case preparation and plea/sentencing negotiations. Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from March 12, 2010 up to and including March 19, 2010 pursuant to Local Code T4 and 18 U.S.C. Section 3161(h)(7)(B)(iv). I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h) (7)(A).

Dated: March 15, 2010

GARLAND E. BURRELL, JR.
United States District Judge