William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Thomas GARCIA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR-S 08-00392 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDERTO CONTINUE CHANGE |
| v. ) | OF PLEA |
| ) | |
| Thomas GARCIA, ) | |
| ) | |
| Defendant. ) | Hon. Judge Garland E. Burrell |
| ) | |
| _____ ) | |

The defendant, Thomas Garcia, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the Change of Plea hearing currently set for Friday, March 19, 2010 at 9:00 a.m. to be vacated and continued until Friday, April 16, 2010 at 9:00 a.m.

1

A continuance is necessary to provide counsel with additional time for continued case preparation and for ongoing plea and sentencing negotiations. Additionally defense counsel will be unavailable on March 12, 2010 due to the fact that he will be attending a funeral.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel for continued case preparation and ongoing plea and sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Mike Beckwith to sign and submit this stipulation and proposed order on his behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Change of Plea hearing for defendant, Thomas Garcia, should be continued until Friday, April 16, 2010 at 9:00 a.m. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: March 17, 2010

        BENJAMIN B. WAGNER
        United States Attorney

        By:/s/ WILLIAM E. BONHAM for
        MIKE BECKWITH
        Assistant U.S. Attorney

Dated: March 17, 2010

By: /s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
THOMAS GARCIA

## ORDER

IT IS SO ORDERED THAT THE Change of Plea hearing for defendant, Thomas Garcia, currently set for March 19, 2010 at 9:00 a.m. should be vacated and continued to April 16, 2010 at 9:00 a.m.

I find that the continuance is necessary due to defense counsels unavailability, the needs of counsel for continued case preparation and plea/sentencing negotiations. Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/sentencing negotiations, from March 19, 2010 up to and including April 16, 2010 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv). I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h) (7)(A).

Dated: March 18, 2010

GARLAND E. BURRELL, JR.
United States District Judge