1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-392 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| JORGE REYES, et al., | ) | |
| | ) | |
| Defendants. | ) | Hon. Garland E. Burrell, Jr. |
| | ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Thomas Jesse Garcia, through his counsel of record, William E. Bonham, request that the status conference currently set for August 27, 2010, be continued to September 10, 2010, and stipulate that the time beginning August 27, 2010, and extending through September 10, 2010, should be excluded from the calculation of time under the Speedy Trial Act.

The parties submit that the ends of justice are served by

1

1 the Court excluding such time, so that counsel for each defendant
2 may have reasonable time necessary for effective preparation,
3 taking into account the exercise of due diligence.  18 U.S.C. §
4 3161(h)(7)(B)(iv); Local Code T4.
5     The parties are in the process of discussing and negotiating
6 the various plea offers in this case.  The defendant will need
7 time to consider his offer in light of the discovery.  As such,
8 the attorney for the defendant will need more time to review the
9 discovery in this case, discuss that discovery with his client,
10 consider new evidence that may affect the disposition of this
11 case, conduct necessary legal research and investigation, and
12 then discuss with their clients how to proceed.  The parties
13 stipulate and agree that the interests of justice served by
14 granting this continuance outweigh the best interests of the
15 public and the defendants in a speedy trial.  18 U.S.C. §
16 3161(h)(7)(A).

18 IT IS SO STIPULATED.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: July 13, 2010        By: /s/ Michael M. Beckwith
                                MICHAEL M. BECKWTIH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

DATED: July 13, 2010        By: /s/ William E. Bonham
                                WILLIAM E. BONHAM
                                Attorney for Defendant
                                THOMAS JESSE GARCIA

**<u>ORDER</u>**

The status conference in case number CR. S-08-0392 GEB, currently set for August 27, 2010, is continued to September 10, 2010, and the time beginning August 27, 2010, and extending through September 10, 2010, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons stated in the above stipulation, the Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated:  July 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge