William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Thomas GARCIA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR-S 08-00392 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| Thomas GARCIA, ) | |
| ) | |
| Defendant. ) | Hon. Judge Garland E. Burrell |
| ) | |

    The defendant, Thomas Garcia, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the Status Conference currently set for Friday, September 10, 2010 at 9:00 a.m. be vacated and continued until Friday, October 22, 2010 at 9:00 a.m.

1

A continuance is necessary to provide counsel with additional time for case preparation and for ongoing plea and sentencing negotiations. Additionally AUSA Mike Beckwith is in trial.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Mike Beckwith to sign and submit this stipulation and proposed order on his behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendant, Thomas Garcia, should be continued until Friday, October 22, 2010 at 9:00 a.m. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: September 8, 2010

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:/s/ WILLIAM E. BONHAM for
                                      MIKE BECKWITH
                                      Assistant U.S. Attorney

Dated: September 8, 2010

By: /s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
THOMAS GARCIA

## ORDER

IT IS SO ORDERED THAT THE Status Conference for defendant, Thomas Garcia, currently set for Friday, September 10, 2010 at 9:00 a.m. should be vacated and continued to Friday, October 22, 2010 at 9:00 a.m.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from September 10, 2010 up to and including October 22, 2010 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

**Date:  9/9/2010**

GARLAND E. BURRELL, JR.
United States District Judge

3