William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Thomas GARCIA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR-S 08-00392 GEB |
| ) | |
| Plaintiff, ) | APPLICATION FOR A COURT |
| ) | ORDER EXONERATE AND |
| v. ) | RECONVEY PROPERTY |
| ) | BOND |
| Thomas GARCIA, ) | |
| ) | |
| Defendant. ) | Hon. Judge Garland E. Burrell |
| ) | |
| ) | |

The defendant, Thomas Garcia, by and through his undersigned counsel, William E. Bonham, requests that the Court order the $150,000 property bond securing his release be exonerated and the title to the property located at 7447 Sylvia Way, Sacramento, CA 95822, be reconveyed back to the property's owner, Matthew Maestas.

On August 28, 2008 Mr. Garcia was indicted along with 15 co-defendants for conspiracy to distribute and possess with intent to distribute over 500 grams of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1).

On March 25, 2011 the government filed a 1 Count Superseding Information charging Mr. Garcia with illegal use of a communication facility in violation 21 U.S.C. § 843(b).  On the same day Mr. Garcia plead guilty to Count 1 of the Superseding Information.

At Judgment and Sentencing on July 8, 2011 Mr. Garcia was sentenced, pursuant to a plea agreement to time served.

As Mr. Garcia's sentencing represents the conclusion of his criminal proceedings in the above captioned matter, it is requested at this time that the Court order the $150,000 property bond securing his release exonerated and the title of the property reconveyed to the owner, Matthew Maestas.

Dated: July 8, 2011

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
THOMAS GARCIA

## **ORDER**

IT IS SO ORDERED THAT THE $150,000 property bond securing Thomas Garcia's release in the above captioned case is exonerated and the title to the property located at 7447 Sylvia Way, Sacramento, CA 95822, is to be reconveyed back to the property's owner, Matthew Maestas.

Dated: August 24, 2011

GARLAND E. BURRELL, JR.
United States District Judge